JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS GOMEZ, | ) | No. ED CV 13-00183-SJO (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| CYNTHIA Y. TAMPKINS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

February 7, 2013.

DATED:_____    _____
                              S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE